UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS A. ALFORD | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:19-CV-186-FL |
| DENIS McDONOUGH, Secretary of | ) | |
| Veterans Affairs | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion to amend.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 13, 2021, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and plaintiff's motion to amend is DENIED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on December 13, 2021, and Copies To:**
Carlos A. Alford (via US mail) 126 Trombay Drive, Wilmington, NC 28412
Lauren A. Golden (via CM/ECF Notice of Electronic Filing)

December 13, 2021          PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk